PRECILIANO MARTINEZ
State Bar No. 93253
801 15th Street, Suite F
Modesto, Ca. 95354
(209) 579-2206 /(209) 579-2211 Fax



FEB 0 2 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
　　　　　　DEPUTY CLERK

Attorney for Defendant
GILBERT SANTOYO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA          NO. 1:05-cr-151

　　　　　Plaintiffs,                  REQUEST FOR RECONVEYANCE
                                      AND ORDER
Vs.
                                      HONORABLE ANTHONY W. ISHII
GILBERT SANTOYO,                      UNITED STATES DISTRICT JUDGE

　　　　　Defendant.
_____/

I, Preciliano Martinez, declare as follows:

1. Defendant, GILBERT SANTOYO, was sentenced December 19, 2005.

2. At the time of sentencing I was the attorney of record for the defendant, GILBERT SANTOYO.

3. On June 8, 2005, GILBERT SANTOYO and ROSALINDA SOLORIO, husband and wife, recorded an executed Deed of Trust (Short Form) for the property commonly known as:

　　1317 Herndon Rd., Modesto, California, 95351

for bail purposes in the name of U.S. District Court Clerk for defendant, GILBERTO SANTOYO, (Attached as Exhibit A).

4. On January 20, 2006, defendant, GILBERT SANTOYO, was remanded into

1 | custody and has been in custody serving his sentence since that time.

2 | 5. At this time, Request is hereby made that the Court exonerate the property bond previously set by the Magistrate Court and reconvey title to the real property securing said bond to GILBERT SANTOYO and ROSALINDA SOLORIO, husband & wife, the property located at :

1317 Herndon Rd., Modesto, California, 95351.

Dated: 1-3-06

Respectfully submitted,

PRECILIANO MARTINEZ
Attorney for defendant

# ORDER

IT IS HEREBY ORDERED that the property bond in the above-captioned case be exonerated and title to the real property securing bond be reconveyed to:

GILBERT SANTOYO and ROSALINDA SOLORIO, husband & wife, the property commonly known as:

1317 Herndon Rd., Modesto, California 95351.

Dated: 2-2-06

UNITED STATES DISTRICT JUDGE