PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.  ) | **Docket Number: 1:05CR00151-01** |
| ) | |
| **Gilbert SANTOYO, JR.** ) | |
| ) | |

On December 19, 2005, the above named was sentenced to 12 months custody of the Bureau of Prisons with a 3-year term of supervised release to follow. Supervision commenced on August 25, 2006. Mr. Santoyo has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Sandra K. Dash

**SANDRA K. DASH
United States Probation Officer**

Dated:   October 29, 2008
         Modesto, California
         SKD:lr

**REVIEWED BY:**   /s/ Deborah A. Spencer
                  **DEBORAH A. SPENCER
                  Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:   Gilbert SANTOYO, JR.**
**      Docket Number:   1:05CR00151-01**
**      ORDER TERMINATING SUPERVISED RELEASE**
**      PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   October 29, 2008**                          /s/ Anthony W. Ishii
                                                       CHIEF UNITED STATES DISTRICT JUDGE

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG